No. 1266.   SMALL v. WEBSTER, SUPERINTENDENT. June 10, 1946.   Petition for writ of certiorari to the Court of Appeals of New York denied.   Petitioner *pro se.*

874

*Nathaniel L. Goldstein,* Attorney General of New York, and *Wendell P. Brown,* Solicitor General, for respondent.

No. 1267. LA PLACA *v.* NEW YORK. June 10, 1946. Petition for writ of certiorari to the Court of Appeals of New York denied.

